UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

This Document Relates To:

Lisa McCAll, et al. v. Bayer Corporation, et al        No. 13-cv-10492-DRH

Carrie Miller, et al. v. Bayer Corporation, et al        No. 13-cv-10475-DRH

Allicia Myers et al  v. Bayer Corporation, et al.        No. 13-cv-10474-DRH

Jade Ruiz, et al v. Bayer Corporation, et al        No. 13-cv-10479-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**     These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders filed on June 24, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  June 25, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.25
09:17:14 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT